IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY NYAMEKYE, )
)
   Plaintiff, )
         v. ) Civil No. 15-1219
)
PENN HILLS SCHOOL DISTRICT, )
)
   Defendant. )

## ORDER ON MOTIONS

AND NOW, this 19th day of April, 2016, it is hereby ORDERED, ADJUDGED AND DECREED that because plaintiff does not oppose Defendant's Motion for Partial Dismissal (ECF No. 14) said motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Age Discrimination claim set forth in Count II of the Amended Complaint is hereby DISMISSED.

Defendant's Response to Plaintiff's Amended Complaint shall be no later than May 3, 2016.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge